United States Court of Appeals
Fifth Circuit

**F I L E D**

**January 16, 2007**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 06-30221

CRAIG J. HATTIER,

Plaintiff-Appellant,

versus

DORIS GALMICHE NETHERY, Individually;
DORIS GALMICHE NETHERY, As the Limited
Curatrix of James, "Jackie," J.
Galmiche; WILBERT GLEN NETHERY,

Defendants-Appellees.

--------------------
Appeal from the United States District Court
for the Eastern District of Louisiana
(2:05-CV-4011)
--------------------

Before JONES, Chief Judge, WIENER and BARKSDALE, Circuit Judges.

PER CURIAM:[*]

Our review of the record on appeal and the arguments set forth in the briefs of counsel convince us that Plaintiff-Appellant Craig J. Hattier has failed to state any claim that is cognizable under federal law.

AFFIRMED.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.